**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| DAVID AND NANCI ELLIS | ) | **CIVIL ACTION NO.** |
| | ) | **1:13-cv-02161-TLW** |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| ONEMAIN FINANCIAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of South Carolina, Plaintiffs' Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

DATED this 28th day of March, 2014.

Respectfully submitted,

/s/ Holly E. Dowd

Holly E. Dowd (S.C. Bar No. 77897)
Thompson Consumer Law Group, PLLC
822 Camborne Place
Charlotte NC 28210
(888) 595-9111 ext. 260
(866) 317-2674 (fax)

hdowd@consumerlawinfo.com
Attorney for Plaintiffs

Notice Filed electronically on this 28th day of March, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 28th day of March, 2014, to:

Michael J. Anzelmo
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia SC 29201

s/ Holly E. Dowd
Holly E. Dowd