IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| David Ellis and Nanci Ellis,         )<br>                                                  )<br>               Plaintiffs,            )<br>vs.                                               )<br>                                                  )<br>OneMain Financial Inc.,            )<br>                                                  )<br>               Defendant.          )<br>                                                  )<br>_____ ) | C/A No.: 1:13-cv-02161-TLW |

The Court, having now been advised by counsel for the parties that this case has settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.

The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

April 21, 2014
Columbia, South Carolina